**Report and Order Terminating Supervised Release**
**Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

## FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | **Docket No.:  0972 1:08CR00379-04  AWI** |
| **v.** ) | |
| ) | |
| **SEREY KEM** ) | |
| ) | |
| ) | |

On June 19, 2012, the above-named commenced Supervised Release for a period of 5 years. Supervision is scheduled to terminate on March 20, 2017.

The supervisee has complied with the rules and regulations of Supervised Release and is no longer in need of supervision.  Assistant United States Attorney Kevin Rooney does not oppose early termination.  It is accordingly recommended that the supervisee be discharged from supervision.

Respectfully submitted,

/s/ Megan Pascual

**Megan Pascual**
**United States Probation Officer**

Dated:      July 24, 2014
                Fresno, California
                RM

                        /s/ Tim Mechem
**REVIEWED BY:    Tim Mechem**
                        **Supervising United States Probation Officer**

Re:     Serey Kem
        Docket No:   0972 1:08CR00379-04
        **Report and Order Terminating Supervised Release**
        **Prior to Original Expiration Date**

## ORDER OF COURT

Pursuant to the above report, it is ordered that Serey Kem be discharged from Supervised Release, and that the proceedings in the case be terminated.

IT IS SO ORDERED.

Dated:   July 30, 2014                       _____
                                             SENIOR DISTRICT JUDGE